IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, and TRUSTEES OF THE 8A-28A (401)k RETIREMENT FUND, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| vs. | ) ) | 12 C 826 |
| FRANK LAWNICKI, Individually and d/b/a CHICAGO METAL MAINTENANCE, | ) ) ) ) | Judge Gettleman |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR JUDGMENT IN A SUM CERTAIN**

Plaintiffs, by and through their attorneys, pursuant to Fed. R. Civ. P 55(b)(2), move this to enter judgment in favor of Plaintiffs and against the Defendant. In support of their Motion, the Plaintiffs state as follows:

1. On July 10, 2012, the Defendant was served with the First Amended Complaint, as shown as document number 20 in the Court's records.

2. More than twenty days have passed and the Defendant did not serve an Answer or any other responsive pleading.

3. The Defendant has not moved for an enlargement of time in which to answer or otherwise plead.

4. This Court entered an order of default against the Defendant on August , 2012.

5. According to the Affidavit of Richard Wolf, attached hereto as Exhibit 1, the Defendant owes the amount of $114,238.02 to the Plaintiffs, based upon the findings of a fringe benefit contribution compliance audit for the period from September 2, 2011 through

August 31, 2012.

6.     The amount consists of $98,085.24 for contributions, $14,712.78 for liquidated damages, and $1,440.00 for audit costs.

7.     That amount has been reduced by the amount of $2,069.68 as a result of payments made by the Defendant

8.     The revised amount due on the audit is $112,168.34..

9.     The Defendant also owes the amount of $11,917.62 for welfare fund contributions and $1,787.68 for liquidated damages for a total of $13,705.60 for its unpaid contributions for the period from September 2012 through February, 2013. (See Affidavit of Angela Gunder) attached as Exhibit 2.

10.    The sum of the amounts owed based on the Wolf and Gunder Affidavits is $125,873.94.

WHEREFORE, Plaintiffs pray that this Court grant the following relief:

A.     Enter final judgment in favor of Plaintiffs and against FRANK LAWNICKI, individually and d/b/a CHICAGO METAL MAINTENANCE in the amount of $125,873.94. ( A proposed judgment order is attached as Exhibit 3).

                                            Respectfully submitted,

                                            S/     James R. Anderson

DONALD D. SCHWARTZ
JAMES R.  ANDERSON
GREGORY W. HOSE
ARNOLD AND KADJAN
203 North LaSalle Street, Suite 1650
Chicago, IL 60601
(312)236-0415